United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-13337-pmm
Robert A Donald  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jun 28, 2023 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert A Donald, 324 W. Laughead Avenue, Linwood, PA 19061-4058 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Robert A Donald brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| TREVOR CHARLES SERINE | on behalf of Intervenor Edward Thomas Costigan tcs@serinelaw.com |
| TREVOR CHARLES SERINE | on behalf of Intervenor Christine Costigan tcs@serinelaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| ROBERT A DONALD, | : | Case No. 22-13337 PMM |
| | : | |
| Debtor(s). | : | |

### O R D E R

**AND NOW**, upon consideration of the Motion of Lakeview Loan Servicing, LLC ("the Motion") (Doc. # 33), seeking relief pursuant to 11 U.S.C. §362;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **July 28, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date:  June 28, 2023

_/Patricia M. Mayer/_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**