**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert A. Donald<br><u>Debtor(s)</u> | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br><u>Movant</u><br>vs. | NO. 22-13337 PMM |
| Robert A. Donald<br><u>Debtor(s)</u> | |
| Edward Costigan<br>Christine A. Costigan<br><u>Co-Debtors</u> | <u>11 U.S.C. Section 362</u> and <u>1301</u> |
| Kenneth E. West<br><u>Trustee</u> | |

## **ORDER**

AND NOW, this <u>  26th  </u> day of <u> July </u>, 2023 at Philadelphia, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge