## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert A Donald<br>　　　　　　　　　Debtor(s)<br><br>Lakeview Loan Servicing, LLC<br>　　　　　　　　　Moving Party<br>　　vs.<br><br>Robert A Donald<br>　　　　　　　　　Debtor(s)<br><br>Edward Costigan<br>Christine A Costigan<br>　　　　　　　　　Co-Debtors<br><br>and Kenneth E. West<br>　　　　　　　　　Trustee | Chapter 13<br><br>NO. 22-13337 PMM<br><br>11 U.S.C. Sections 362 and 1301 |

### CERTIFICATION OF DEFAULT

I, Denise Carlon, Esquire, attorney for Moving Party, certify that Debtor(s) have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated June 12, 2024, was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) have failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

July 29, 2024

/s/ Denise Carlon
Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
dcarlon@kmllawgroup.com