**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Robert A Donald | : | Chapter 13 |
| | : | No.: 22-13337-PMM |
|    Debtor(s) | : | |

## OBJECTION TO CERTIFICATION OF DEFAULT

    Debtor, Robert A Donald, by and through their undersigned counsel Brad J. Sadek, hereby objects Lakeview Loan Servicing, LLC's, Certification of Default on the following basis:

    It is Denied that Debtor/Borrower, Robert A Donald, is delinquent on the July 25th, 2023, stipulation. By way of further answer, Debtor/Borrower made a recent payment to satisfy the lender's Notice of Default. If the Debtor/Borrower is delinquent, he shall be current prior to the hearing on the lender's instant Certification of Default.

    WHEREFORE, Debtors respectfully requests this Honorable Court to DENY Movant's Order requesting Relief from the Automatic Stay.


Dated: August 5, 2024                           /s/ Brad J. Sadek, Esq.
                                                                     Brad J. Sadek, Esquire
                                                                      Attorney for Debtor(s)
                                                                       Sadek Law Offices, LLC
                                                                       1500 JFK Boulevard, Suite #220
                                                                       Philadelphia, PA 19102
                                                                       brad@sadeklaw.com
                                                                       215-545-0008

.