IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Robert A Donald,** | : | |
| Debtor. | : | Case No. 22-13337 (PMM) |

## ORDER DENYING MOTION AS MOOT

**AND NOW**, upon consideration of the Motion to Reconsider (doc. #68);

BUT this bankruptcy case having been dismissed on September 10, 2024;

It is therefore hereby **ordered** that the Motion is **denied as moot**.

Dated: 9/11/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge